[This opinion has been published in *Ohio Official Reports* at 75 Ohio St.3d 454.]

THE STATE OF OHIO, APPELLEE, *v*. COLEMAN, APPELLANT.

[Cite as *State v. Coleman*, 1996-Ohio-43.]

*Appellate procedure—Application for reopening appeal from judgment and conviction based on claim of ineffective assistance of appellate counsel— Application denied when applicant fails to allege any substantive grounds for relief indicating that appellate counsel was ineffective.*

(No. 95-2492—Submitted March 5, 1996—Decided May 15, 1996.)

APPEAL from the Court of Appeals for Franklin County, No. 94APA10-1558.

_____

{¶ 1} In September 1994, appellant, Byron S. Coleman, was convicted of aggravated robbery and two counts of having a weapon under a disability with specifications. Appellant was thereafter sentenced to a term of imprisonment. Upon appeal, the convictions were affirmed. *State v. Coleman* (May 30, 1995), Franklin App. No. 94APA10-1558, unreported. Appellant's appeal to this court was dismissed. *State v. Coleman* (1995), case No. 95-1389.

{¶ 2} Subsequently, appellant filed an application for reopening before the court of appeals pursuant to App. R. 26(B), alleging ineffective assistance of appellate counsel. The court of appeals denied the application, finding that appellant did not allege any substantive grounds for relief indicating that appellate counsel was ineffective. Appellant appeals that denial to this court.

_____

*Michael Miller*, Franklin County Prosecuting Attorney, and *Katherine Press*, Assistant Prosecuting Attorney, for appellee.

*Byron S. Coleman, pro se.*

_____

*Per Curiam.*

**{¶ 3}** We affirm the judgment of the court of appeals for the reasons stated in its memorandum decision.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., not participating.

———————————